# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ANTHONY GRECO**, *et al.*, ) | **CASE NO. 4:07CV2581** |
| ) | |
| Plaintiffs, ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| v. ) | |
| ) | |
| **HUBBARD SCHOOL BOARD**, *et al.*, ) | **MEMORANDUM OPINION** |
| ) | **AND ORDER** |
| Defendants. ) | |
| ) | |

This matter came before the Court for an initial Case Management Conference on October 12, 2007. Defendants have raised the issue of claim preclusion. The Court has ordered the parties to submit briefs on the issue. Defendants shall submit a Motion to Dismiss and Memorandum in Support by November 12, 2007. Plaintiff shall have until December 13, 2007, to file a Memorandum in Opposition. Defendants, thereafter, shall have until December 28, 2007, to file a Reply, if necessary.

Discovery in this matter is stayed pending resolution of Defendants' Motion to Dismiss.

The Court will permit only the motion with its supporting memorandum, the memorandum in opposition, and a reply. No surreplies will be permitted absent advance leave of the Court.

**IT IS SO ORDERED**.

*/s/ Peter C. Economus — October 12, 2007*
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**